UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STARSKY KING, ) <br> ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> WILLIE THOMAS, Warden, and ) <br> THE ATTORNEY GENERAL OF ) <br> THE STATE OF ALABAMA, ) <br> ) <br> Respondents ) | Case No. 5:11-cv-03526-JHH-HGD |

## MEMORANDUM OPINION

On February 21, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 4, 2013, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the  19th   day of March, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE